**DISMISS and Opinion Filed July 26, 2024**



In The
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00165-CV**

**PSHATOIA LAROSE, Appellant**
**V.**
**AT&T INC., Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-23-19047**

## MEMORANDUM OPINION

Before Justices Reichek, Goldstein, and Garcia
Opinion by Justice Garcia

Appellant's brief was originally due on April 10, 2024. By order dated May 7, 2024, we granted appellant's motion to extend time to file her brief and ordered her brief received on April 19, 2024 filed as of May 7, 2024. In that order, we notified appellant, who is proceeding pro se, that her brief failed to comply with rule 38.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.1. We listed numerous defects in the brief, including that it did not contain a table of contents, an index of authority indicating the pages of the brief where the authorities are cited, or a statement of the case supported by record references. We further noted the brief

did not contain a clear and concise argument for the contentions made with appropriate citations to the record or to authority.  We instructed appellant to file an amended brief correcting these deficiencies within ten days.  In the request, we cautioned appellant that the appeal was subject to dismissal if appellant failed to file an amended brief in compliance with the rules of appellate procedure.

Appellant filed an amended brief on May 17, 2024.  However, like her initial brief, the amended brief fails to cite to the record or to authority in support of her contentions.

The purpose of an appellant's brief is to acquaint the Court with the issues in a case and to present argument that will enable us to decide the case.  *See* TEX. R. APP. P. 38.9.  The right to appellate review extends only to complaints made in accordance with our rules of appellate procedure, which require an appellant to concisely articulate the issues we are asked to decide, to make clear, concise, and specific arguments in support of appellant's position, to cite appropriate authorities, and to specify the pages in the record where each alleged error can be found.  *See* Tex. R. App. P. 38.1; *Lee v. Abbott*, No. 05-18-01185-CV, 2019 WL 1970521, at *1 (Tex. App—Dallas May 3, 2019, no pet.) (mem. op.); *Bolling v. Farmers Branch Indep. Sch. Dist.*, 315 S.W.3d 893, 895 (Tex. App—Dallas 2010, no pet.).  Even liberally construing appellant's brief, we conclude it fails to acquaint the Court with the issues in the case, does not enable us to decide the case, does not make clear, concise, specific arguments,  and is in flagrant violation of rule 38.

Under these circumstances, we strike appellant's brief and amended brief, and we dismiss this appeal.  *See* TEX. R. APP. P. 38.9(a); 42.3(b),(c).

/Dennise Garcia/
DENNISE GARCIA
JUSTICE

240165F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

PSHATOIA LAROSE, Appellant

No. 05-24-00165-CV     V.

AT&T INC., Appellee

On Appeal from the 134th Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-23-19047. Opinion delivered by Justice Garcia. Justices Reichek and Goldstein participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered July 26, 2024.